# Third District Court of Appeal

## State of Florida

Opinion filed November 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1525
Lower Tribunal No. F87-40231A
_____

**Donald Keith Rolling,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Donald Keith Rolling, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Rolling v. State</u>, 218 So. 3d 911 (Fla. 3d DCA 2016); <u>see also</u> <u>Rolling v. State</u>, 343 So. 3d 565 (Fla. 3d DCA 2022); <u>Rolling v. State</u>, 316 So. 3d 744 (Fla. 3d DCA 2021); <u>Rolling v. State</u>, 264 So. 3d 927 (Fla. 3d DCA 2018); <u>Rolling v. State</u>, 94 So. 3d 597 (Fla. 3d DCA 2012); <u>Rolling v. State</u>, 11 So. 3d 420 (Fla. 3d DCA 2009).